# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JASON LEE SUTTON,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, BERNARD WARNER, RAMON RUIZ, MARINA FRANKLIN, HERBERT PENROSE, LYNN CLARK, AND LEE YOUNG,

*Defendant*

Civil Action No.  2:13-CV-5064-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on motions for Summary Judgment. All claims against Defendants are dismissed with Prejudice.  Judgment is entered in favor of Defendants.

Date:  August 11, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb